UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00009 |
| | ) | JUDGE CAMPBELL |
| BART A. WITSMAN | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Substitute Counsel (Docket No. 10). The Motion is GRANTED.

It is so ORDERED.

*/s/ Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE